UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:09-CV-01226-LSC |
| | ) | |
| JACOB COLLECTION GROUP LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court acknowledges receipt of Plaintiff's notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a).  (Doc. 5.) Defendant has not yet answered or moved for summary judgment. Accordingly, the above-entitled cause is DISMISSED with prejudice.  Costs are taxed as paid.

Done this <u>11th</u> day of <u>August 2009</u>.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297